1

2

3

4

5

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 26 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

6

7

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 ARNALDO PINTO; JUAN C. GUZMAN; JUAN FELIX VALENZUELA; FAUSTO C. TORRES; JESUS ENRIQUEZ ACERO; BENJAMIN PUENTES; RICARDO RIVERA(Z), | CASE NO. 8:10-CV-00184-AG-MLG |

11  ARNALDO PINTO; JUAN C.
12  GUZMAN; JUAN FELIX
    VALENZUELA; FAUSTO C. TORRES;
13  JESUS ENRIQUEZ ACERO;
    BENJAMIN PUENTES; RICARDO
    RIVERA(Z),

CASE NO. 8:10-CV-00184-AG-MLG

~~[PROPOSED]~~ JUDGMENT ON
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

14

15                    Plaintiffs,

16          vs.

17  THE WALT DISNEY COMPANY and
    WALT DISNEY WORLD CO., through
18  its division, DISNEYLAND RESORT;
    DISNEYLAND CRAFT
19  MAINTENANCE COUNCIL;
    INTERNATIONAL UNIONS and the
20  LOS ANGELES/ORANGE COUNTIES
    BUILDING AND CONSTRUCTION
21  TRADES COUNCIL, AFL-CIO;
    UNITED ASSOCIATION OF
22  JOURNEYMEN AND APPRENTICES
    UNION OF THE PLUMBING AND
23  PIPE FITTING INDUSTRY OF THE
    UNITED STATES AND CANADA,
24  AFL-CIO, and its LOCAL UNION NO.
    582; LABORERS INTERNATIONAL
25  UNION OF NORTH AMERICA, AFL-
    CIO, and its LOCAL UNION NO. 652;
26  and DOES 1-5, inclusive,

27                    Defendants.

*Filed concurrently with Defendants'
Joint Notice of Lodging of [Proposed]
Judgment on Defendants' Motion for
Summary Judgment or, in the
Alternative, Partial Summary
Judgment*

Courtroom:   10D
Judge:    Hon. Andrew J. Guilford

28

[PROPOSED] JUDGMENT ON DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

On September 16, 2011, the Court issued an order granting, in full, Defendants Walt Disney Parks and Resorts U.S., Inc., Plumbers & Steamfitters Local 582 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, and Laborers' Local Union No. 652 (collectively, "Defendants") Motion for Summary Judgment, finding that there is no genuine issue of material fact as to any of Plaintiffs Arnaldo Pinto, Juan C. Guzman, Juan Felix Valenzuela, Fausto C. Torres, Jesus Enriquez Acero, Benjamin Puentes, and Ricardo Rivera(z) (collectively "Plaintiffs") claims and that Defendants are entitled to judgment as a matter of law on all of Plaintiffs' claims.

The foregoing having fully adjudicated all causes of action in Plaintiffs' operative complaint, the Court HEREBY ORDERS:

1.      Judgment is entered in favor of Defendants;

2.      Plaintiffs take nothing by their complaint and their complaint is dismissed with prejudice; and

3.      Defendants are to recover from Plaintiffs their costs of suit herein.

DATED: SEPT 26, 2011

_____
Honorable Andrew J. Guilford
United States District Court Judge